

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2021

No. 04-20-00449-CR

Parker Ray **MORGAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR7647
Honorable Ron Rangel, Judge Presiding

## O R D E R

The Appellant's Motion to Extend Time to Reply to Order to Show Cause is hereby GRANTED. The appellant's response is due on or before January 25, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2021.

_____
Michael A. Cruz,
Clerk of Court